BEFORE THE FIRST DIVISION, APRIL 18, 1947

**No. 51660.**—Protests 45087–K, etc., of J. A. Deknatel & Son, Inc., et al. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020).   In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 51661.**—Protests 48802–K, etc., of Cohn & Rosenberger, Inc., et al. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020) and *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867).   In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 51662.**—Protests 11838–K, etc., of J. A. Deknatel & Son, Inc., et al. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020).   In accordance therewith the claim at 20 percent under paragraph 1503, as modified by T. D. 49458, was sustained.

**No. 51663.**—Protest 58462–K of S. S. Schultz & Co., Inc. (New York).

Opinion by OLIVER, P. J.   A Government chemist testified that he analyzed a sample of the merchandise and found it to consist of synthetic phenolic resin cemented to a piece of galalith, the proportions being approximately 80 percent resin and 20 percent galalith.   He also stated that the synthetic resin had no filler and did not serve as a binding agent.   By stipulation entered into between the respective parties the record in Abstract 45795 was received in evidence.   On the record presented the merchandise in question was found to be a manufacture of synthetic phenolic resin and accordingly was held dutiable at 20 percent under paragraph 1558 as claimed.

**No. 51664.**—Protests 988436–G/11653, etc., of Blue Grass Liquor Company et al. (New Orleans).